October 30, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

GWEN STRIBLING HENDERSON, RAVEN A. PITRE, AND CHRISTINE S. WILLIE, Appellants

NO. 14-12-01026-CV             V.

JOHN  RICHARD  SHANKS  AND CARBETT J. DUHON, III, Appellees

_____

This cause is an appeal from two orders signed on April 19, 2012, that constitute the trial court's judgment in favor of appellees, John  Richard  Shanks and Carbett J. Duhon, III, and against appellants, Gwen Stribling Henderson, Raven A. Pitre and Christine S. Willie (hereinafter collectively the "Appellants"). This cause was heard on the transcript of the record. We have inspected the record and find the trial court erred to the extent that the trial court struck the Plaintiffs' Original Petition, but we find no error in the remainder of the judgment, in which the trial court granted summary judgment in favor of appellee John Richard Shanks. We therefore order that the portions of the judgment that address any of the Appellants' claims against appellee Carbett J. Duhon, III are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.  We order the remainder of the judgment **AFFIRMED**.  For good cause, (1) we order the Appellants, jointly and severally, to pay all costs incurred in this appeal by appellee John  Richard  Shanks; (2) we order appellee Carbett J. Duhon, III to pay one-half of all costs incurred in this appeal by the Appellants; (3) we order the Appellants to bear one-half of all costs that they have incurred in this appeal; and (4) we order appellee Carbett J. Duhon, III to bear any costs that he has incurred in this appeal.  We further order this decision certified below for observance.